**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| FIRST HEALTH GROUP CORP. ) | Case No. _____ |
| 15400 Calhoun Drive, Suite 300 ) | |
| Rockville, MD 20855, ) | Judge _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MEDICAL MUTUAL OF OHIO ) | **COMPLAINT** |
| 2060 East Ninth Street ) | |
| Cleveland, OH 44115, ) | **JURY DEMAND ENDORSED HEREON** |
| ) | |
| Defendant. ) | |

Plaintiff First Health Group Corp. states as follows for its Complaint against Defendant Medical Mutual of Ohio:

**PARTIES, JURISDICTION, AND VENUE**

1. First Health Group Corp. ("First Health") is a Delaware corporation with its principal place of business in Rockville, Maryland.

2. First Health provides national Preferred Provider Organization ("PPO") network access to health plan-customers (e.g., insurance companies, self-insured employer groups) all across the United States. A PPO is a type of health plan that contracts with medical providers to create a network of participating providers who have agreed to provide health care services to health-plan members at pre-negotiated discounted rates. First Health operates one of the largest PPO networks in the country. Many health plans contract for access to First Health's PPO network to supplement an existing network of providers that they offer through their own self-administered